# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 1:18-cv-_____ |
| VILLAGE OF EAST ROCKAWAY, NEW YORK | § § § § | |
| Defendant. | § | |

| | |
|---|---|
| STATE OF NEW YORK | § § |
| COUNTY OF SUFFOLK | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Pierson (Pierce) Baldwin, who, after being duly sworn, stated under oath as follows:

1. My name is Pierson (Pierce) Baldwin. I am over twenty-one (21) years of age, I have never been convicted of a felony, and I am competent to make this affidavit.

2. I am currently the Branch Manager of the Long Island office of Aptive Environmental, LLC ("Aptive"). Based on my service in this capacity, I have personal knowledge of all facts contained in this affidavit, and those facts are true and correct.

3. Twenty-eight Aptive representatives intend to solicit in the Village of East Rockaway, New York (the "Village").

4. On June 11, 2019, I brought the Village clerk – Ms. Connie Petrucci – a check including payment of Village Code 171-17's $20/solicitor licensing fee for each of the twenty-eight Aptive representatives.

5. Ms. Petricci informed me that the Village would not accept Aptive's license fee payment.

AFFIDAVIT OF PIERSON BALDWIN

6. I asked what steps Aptive was required to take to receive a solicitation licenses with the Village, and was informed that no licensing process existed.

7. In response to each additional question I asked regarding East Rockaway's solicitation licensing requirements, I was told to contact the Village's counsel, Mr. John Ryan.

8. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

*[signature]*

06/11/2019

> LISA M. GIOIA
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01GI6187694
> Qualified in Suffolk County
> Commission Expires          05/27/20

**AFFIDAVIT OF PIERSON BALDWIN**