# EXHIBIT L

Trustee Fried offered the following resolution, which was duly seconded by Trustee Fox

### RESOLUTION AUTHORIZING VILLAGE MORATORIUM

**WHEREAS**, A Lawsuit has been filed in the United States District Court, Eastern District of New York, against the Incorporated Village of East Rockaway ("Village") entitled <u>Aptive Environmental, LLC</u> v. <u>Village of East Rockaway</u>, CV 19-3365: and

**WHEREAS**, in said lawsuit, the constitutionality of Sections 171-18 and 171-16 of the Village Code has been challenged; and

**WHEREAS**, Chapter 171 of the code entitled "Hawking, Soliciting and Vending" was first adopted by the Board of Trustees of the Village on May 26, 1941, and thereafter was amended in 1959 and again in 1987; and

**WHEREAS**, the Village Board has determined that it requires a sufficient amount of time to determine whether Chapter 171 of the Code requires further amendment and, if so, what amendments are required so that the Code is in full compliance with, <u>inter alia</u>, the First Amendment to the Constitution of the United States Of America

**NOW THEREFORE BE IT RESOLVED** that, effective immediately, a moratorium is hereby established with respect to the issuance of any permits under chapter 171 of the Code; and

**BE IT FURTHER RESOLVED** that, unless further extended by Resolution if the Board of Trustees, this moratorium shall expire December 31, 2019.

Upon roll call, the vote was as follows:

| | |
|---|---|
| Deputy Mayor Fox: | aye |
| Trustee Bilello: | aye |
| Trustee Fried: | aye |
| Trustee O'Hagan: | aye |
| Mayor Romano: | aye |

Motion Carried

Resolution #6083/2019

Certified and Adopted on June 10, 2019 by: *Patricia Renner*
                                              *Clerk-Treasurer*