# EXHIBIT Q

| | |
|---|---|
| **From:** | John Ryan |
| **To:** | Jeremy Fielding; Jon Kelley |
| **Cc:** | Nathan Wilcox; Daniel DeCicco |
| **Subject:** | FW: Local Law Filing - East Rockaway |
| **Date:** | Wednesday, September 11, 2019 3:44:19 PM |
| **Attachments:** | DOC023.pdf |

This is the amended ordinance duly adopted by the Village of East Rockaway on September 9, 2019 and filed with the New York Secretary of State. Accordingly, the case against the Village should be discontinued forthwith. Please do so.

John E. Ryan, Esq.
RYAN, BRENNAN & DONNELLY LLP
131 Tulip Avenue
Floral Park, New York  11001
(516) 328-1100
(516) 354-0814 (FAX)
E-MAIL: jryan@rbdllp.net

CONFIDENTIALITY NOTICE
This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges.  The information is intended to be conveyed only to the designated recipient(s) of the message.  If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system.  Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Staff 2 <Staff2@RBDLLP.net>
**Sent:** Wednesday, September 11, 2019 3:54 PM
**To:** John Ryan <JRyan@RBDLLP.net>
**Subject:** Local Law Filing - East Rockaway

CONFIDENTIALITY NOTICE This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.
CONFIDENTIALITY NOTICE This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.