IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 2:19-cv-03365-SJF-SIL |
| VILLAGE OF EAST ROCKAWAY, NEW YORK, | § § § § | |
| Defendant. | § | |

## DEFENDANT VILLAGE OF EAST ROCKAWAY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that upon the Affidavit of JOHN E. RYAN, sworn to February 20, 2020, the Exhibits annexed thereto and the accompanying Memorandum of Law, defendant VILLAGE OF EAST ROCKAWAY, will move this Court, before the Honorable SANDRA J. FEUERSTEIN, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York  11722, for an Order, pursuant to Federal Rules of Civil Procedure 56, granting defendant summary judgment dismissing Plaintiff's Second Amended Verified Complaint, together with such other and further relief  as this Court deems proper; including costs and attorneys' fees.

**PLEASE TAKE FURTHER NOTICE,** Defendant intends to file and serve reply papers, if necessary.

Dated: Floral Park, New York
February 20, 2020

> Respectfully submitted,
>
> RYAN, BRENNAN & DONNELLY LLP
>
> By: _____
> John E. Ryan (JR 3935)
> *Attorneys for Defendant*
> INCORPORATED VILLAGE
> OF EAST ROCKAWAY
> 131 Tulip Avenue
> Floral Park, NY 11001
> (516) 328-1100

TO: Daniel E. DeCicco, Esq.
DARGER, ERRANTE, YAVITZ & BLAU, LLP
*Attorneys for Plaintiff*
116 East 27th Street
New York, NY 10016
(212) 452-5300

Kent D. Krabill *(pro hac vice)*
Clint Cowan *(pro have vice)*
LYNN PINKER COX HURST, LLP
2100 Ross Avenue – Suite 2700
Dallas, TX 75201