# EXHIBIT A

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231-0001

# Local Law Filing

www.dos.state.ny.us/corps

### (Use this form to file a local law with the Secretary of State.)

Text of law should be given as amended. Do not include matter being eliminated and do not use italics or underlining to indicate new matter.

☐ County ☐ City ☐ Town ☒ Village
*(select one)*

of ____East Rockaway_____

Local Law No.__2__ of the year 20_20_

A local law _amending Section 171.3 of the Code of the Incorporated Village of East Rockaway with Regard to Commercial Solicitation License Fees._
*(insert Title)*

Be it enacted by the ___Board of Trustees_____ of the
*(Name of Legislative Body)*

☐ County ☐ City ☐ Town ☒ Village
*(Select One:)*

of____East Rockaway_____ as follows:

## Section 1. Legislative Intent

Pursuant to Local Law 7 of 2019, the Village Code was amended to address the licensing requirements for those engaged in the commercial solicitation of the sale of goods and services with the Village. This Local Law further amends Section 170-3. so as to clarify the amount of the license fee for such activities and to delineate the Village's expenses associated with such licensing.

*(If additional space is needed, attach pages the same size as this sheet, and number each.)*

## Section 2. §171.3 As Amended

§ 171-3. License fee.

All applications must be accompanied by a $200.00 fee payable to the Clerk, Village of East Rockaway. This fee will be applied to:

    a) processing costs;
    b) criminal background checks;
    c) maintenance of the "No Knock" list; and
    d) enforcement of the provisions of this chapter of the Code.

### Section 3. Severability

If a court determines that any clause, sentence, paragraph, subdivision, or part of this local law or the application thereof to any person, firm or corporation, or circumstance is invalid or unconstitutional, the court's order or judgment shall not affect, impair, or invalidate the remainder of this local law, but shall be confined in its operation to the clause, sentence, paragraph, subdivision, or part of this local law or in its application to the person, individual, firm or corporation or circumstance, directly involved in the controversy in which such judgment or order shall be rendered.

### Section 4. Effective Date

This local law shall take effect immediately upon filing with the Secretary of State.

(Complete the certification in the paragraph that applies to the filing of this local law and strike out that which is not applicable.)

1. **(Final adoption by local legislative body only.)**
I hereby certify that the local law annexed hereto, designated as local law No. __2__ of 2020 of the (~~County~~)(~~City~~)(~~Town~~)(Village) of East Rockaway was duly passed by the Board of Trustees on January __, 2020 in accordance with the applicable provisions of law.

2. **(Passage by local legislative body with approval, no disapproval or repassage after disapproval by the Elective Chief Executive Officer*.)**
I hereby certify that the local law annexed hereto, designated as local law No. _____ of 20__ of the (County)(City)(Town)(Village) of_____
_____was duly passed by the
(Name of Legislative Body) on _____20____, and was (approved)(not approved)

(repassed after disapproval) by the _____ and was deemed duly adopted
 (Elective Chief Executive Officer*)
on _____20___, in accordance with the applicable provisions of law.

3. **(Final adoption by referendum.)**
I hereby certify that the local law annexed hereto, designated as local law No. _____ of 20__ of the (County)(City)(Town)(Village) of_____
_____was duly passed by the
(Name of Legislative Body) on _____20____, and was (approved)(not approved)

(repassed after disapproval) by the _____ on _____20___.
 (Elective Chief Executive Officer*)

Such local law was submitted to the people by reason of a (mandatory)(permissive) referendum, and received the affirmative vote of a majority of the qualified electors voting thereon at the (general)(special)(annual) election held on_____ 20____, in accordance with the applicable provisions of law.

4. **(Subject to permissive referendum and final adoption because no valid petition was filed requesting referendum.)**
I hereby certify that the local law annexed hereto, designated as local law No. _____ of 20__ of the (County)(City)(Town)(Village) of_____
_____was duly passed by the
(Name of Legislative Body) on _____20____, and was (approved)(not approved)

(repassed after disapproval) by the _____ on _____ 20____.Such local
 (Elective Chief Executive Officer*)
law was subject to permissive referendum and no valid petition requesting such referendum was filed as of_____ 20___, in accordance with the applicable provisions of law.

---

* Elective Chief Executive Officer means or includes the chief executive officer of a county elected on a county-wide basis or, if there be none, the chairperson of the county legislative body, the mayor of a city or village, or the supervisor of a town where such officer is vested with the power to approve or veto local laws or ordinances.

DOS-0239-f-I (Rev/ 02/10)

5. **(City local law concerning Charter revision proposed by petition.)**
I hereby certify that the local law annexed hereto, designated as local law No._____ of 20___ of the City of _____ having been submitted to referendum pursuant to the provisions of section (36)(37) of the Municipal Home Rule Law, and having received the affirmative vote of a majority of the qualified electors of such city voting thereon at the (special)(general) election held on _____ 20_____, became operative.

6. **(County local law concerning adoption of Charter.)**
I hereby certify that the local law annexed hereto, designated as local law No._____ of 20___ of the County of__ _____State of New York, having been submitted to the electors as the General Election of November_____20_____, pursuant to subdivisions 5 and 7 of section 33 of the Municipal Home Rule Law, and having received the affirmative vote of a majority of the qualified electors of the cities of said county as a unit and a majority of the qualified electors of the towns of said county considered as a unit voting at said general election, became operative.

**(If any other authorized form of final adoption has been followed, please provide an appropriate certification.)**
I further certify that I have compared the preceding local law with the original on file in this office and that the same is a correct transcript therefrom and of the whole of such original local law, and was finally adopted in the manner indicated in paragraph _____1_____ above.

_____
Clerk of the county legislature body, City, Town or Village Clerk or officer designated by local legislative body

Date: __February 10, 2020__

*(Seal)*

**(Certification to be executed by County Attorney, Corporation Counsel, Town Attorney, Village Attorney or other authorized attorney of locality.)**

STATE OF NEW YORK
COUNTY OF NASSAU

I, the undersigned, hereby certify that the foregoing local law contains the correct text and that all proper proceedings have been had or taken for the enactment of the local law annexed hereto.

Signature _____ John E. Ryan

Title _____ Village Attorney

~~County~~
~~City~~
~~Town~~ of _____ East Rockaway
Village

Date: _____ February 10, 20209

DOS-0239-f-I (Rev/ 02/10)