EXHIBIT C

**From:** John Ryan
**Sent:** Monday, February 10, 2020 9:35 AM
**To:** Clint Cowan
**Cc:** Kent Krabill; Emily Burch; Kharishma Patel
**Subject:** RE: Aptive v. East Rockaway 19-cv-03365

That is not acceptable. The fee is not unconstitutional. Continuation of this litigation would be frivolous. My client is left with no alternative but to move for summary judgement and request attorneys' fees and sanctions.

John E. Ryan, Esq.
RYAN, BRENNAN & DONNELLY LLP
131 Tulip Avenue
Floral Park, New York 11001
(516) 328-1100
(516) 354-0814 (FAX)
E-MAIL: jryan@rbdllp.net

CONFIDENTIALITY NOTICE
This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Clint Cowan <Ccowan@lynnllp.com>
**Sent:** Monday, February 10, 2020 9:28 AM
**To:** John Ryan <JRyan@RBDLLP.net>
**Cc:** Kent Krabill <kkrabill@lynnllp.com>; Emily Burch <eburch@lynnllp.com>; Kharishma Patel <kpatel@lynnllp.com>
**Subject:** RE: Aptive v. East Rockaway 19-cv-03365

**\*\*Confidential Settlement Communication, protected by Fed. R. Evid. 408\*\***

Thanks for sending, John. Thank you also for hosting the deposition at your office.

Unfortunately, this document does not provide any evidentiary justification for the $200 Fee.

We would be happy to avoid motion practice as well, but that would require the Village to (a) lower its fee to a constitutional level of $25-$50, and
(b) pay the attorneys' fees and costs incurred by Aptive from the beginning of this action through February 10th, 2020.

Barring such an agreement, we will have to move forward to seek a preliminary and permanent injunction of the Fee.

**Clint Cowan | Associate**
**LynnPinkerCoxHurst**
Direct   214 292 3647
Cell       901 849 2724
Fax       214 981 3839
ccowan@lynnllp.com

1

2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
www.lynnllp.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Cox & Hurst, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** John Ryan <JRyan@RBDLLP.net>
**Sent:** Friday, February 7, 2020 9:04 AM
**To:** Clint Cowan <Ccowan@lynnllp.com>
**Subject:** Aptive v. East Rockaway 19-cv-03365

The attachment contains the documents discussed at yesterday's deposition. Please consider this as a formal request on behalf of the Village of East Rockaway to voluntarily discontinue this action so that motion practice can be avoided.

John E. Ryan, Esq.
RYAN, BRENNAN & DONNELLY LLP
131 Tulip Avenue
Floral Park, New York 11001
(516) 328-1100
(516) 354-0814 (FAX)
E-MAIL: jryan@rbdllp.net

CONFIDENTIALITY NOTICE
This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Reception <Reception@RBDLLP.net>
**Sent:** Friday, February 07, 2020 9:52 AM
**To:** John Ryan <JRyan@RBDLLP.net>
**Subject:** EAST ROCKAWAY LOCAL LAW #2


RYAN, BRENNAN & DONNELLY
131 Tulip Avenue
Floral Park, NY 11001
(516) 328-1100
(516) 354-0814 (FAX)

Generalinfo@RBDLLP.net

CONFIDENTIALITY NOTICE
This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your e-mail system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately at generalinfo@rbdllp.net and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient is strictly prohibited and may be unlawful.