STATE OF NEW YORK, COUNTY OF:     ss.:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney**

certify that the within _____, has been compared by me with the original and found to be a true and complete copy.

☐ **Attorneys Affirmation**

state that I am _____ the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my knowledge are as follows:

I affirm that the foregoing statements are true, under penalties of perjury.
Dated: _____

                                                                                          Print Name Beneath

STATE OF NEW YORK, COUNTY OF:     ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**

in the action; I have read the foregoing _____, and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**

the _____ of a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on _____

                                                          Print Name Beneath

STATE OF NEW YORK, COUNTY OF **NASSAU**     ss.:     (If more than one box is checked – type of service used indicated below)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at **Floral Park, New York**.

On **February 20, 2020** I served the within **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| ☒ | Service By Mail | by mailing a copy to each of the following persons at the last known address set forth after each name below. |
| ☐ | Personal Service on Individual | by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*: |
| ☐ | Service By Electronic Means | by transmitting a copy to the following by<br>☐ FAX at the telephone number set forth after each name below<br>☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name. |
| ☐ | Overnight Delivery Service | by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below. |

Daniel E. DeCicco, Esq.
**DARGER, ERRANTE, YAVITZ & BLAU, LLP**
*Attorneys for Plaintiff*
116 East 27th Street
New York, NY  10016
(212) 452-5300

Kent D. Krabill *(pro hac vice)*
Clint Cowan *(pro have vice)*
**LYNN PINKER COX HURST, LLP**
2100 Ross Avenue – Suite 2700
Dallas, TX 75201

Sworn to before me on **February 20, 2020**

JOHN E. RYAN
Notary Public, State of New York
No. 4833430
Qualified in Nassau County
Commission Expires Sept. 30 2021

Claudia Villari-Murphy

Index No. **2:19-cv-03365-SJF-SIL** Year

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

APTIVE ENVIRONMENTAL, LLC,

Plaintiff,

v.

VILLAGE OF EAST ROCKAWAY, NEW YORK,

Defendant.

**DEFENDANT VILLAGE OF EAST ROCKAWAY'S
NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Signature (Rule 130-1.1-a) _[signed]_

Print Name Beneath **JOHN E. RYAN**

*Attorneys for* **Defendant**

**RYAN, BRENNAN & DONNELLY LLP**

*Office and Post Office Address*
**131 TULIP AVENUE
FLORAL PARK, N.Y. 11001**
**(516) 328-1100**

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

---

NOTICE OF ENTRY _____

PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.
**RYAN, BRENNAN & DONNELLY LLP**
*Attorneys for*

*Office and Post Office Address*
**131 TULIP AVENUE
FLORAL PARK, N.Y. 11001**

To

Attorney(s) for

_____ NOTICE OF SETTLEMENT _____

PLEASE take notice that an order
of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at

on
at. M.
Dated,

Yours, etc.
**RYAN, BRENNAN & DONNELLY LLP**
*Attorneys for*

*Office and Post Office Address*
**131 TULIP AVENUE
FLORAL PARK, N.Y. 11001**

To
Attorney(s) for