UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| APTIVE ENVIRONMENTAL, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:19-cv-03365-SJF-SIL |
| VILLAGE OF EAST ROCKAWAY, NEW YORK, | § § § § | |
| Defendant. | § § § § | |

## DECLARATION OF CLINT COWAN

I, Clint Cowan, declare as follows:

1. I am over the age of twenty-one (21). I have never been convicted of a felony. I am of sound mind and fully competent to make this Declaration. The facts stated herein are true and correct based on my personal knowledge.

2. I am an attorney at the law firm of Lynn Pinker Cox & Hurst, LLP, located at 2100 Ross Ave., Ste. 2700, Dallas, TX, 75201. Together with other attorneys at this firm, I serve as counsel to Plaintiff Aptive Environmental, LLC in this matter. I am personally familiar with the matters set forth herein by virtue of my role as one of the attorneys in the above-captioned suit.

3. Attached to this Declaration in support of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, are true and correct copies (or true and correct excerpts of such copies) of the following documents, produced in this case:

| Date | Exhibit | Description |
|---|---|---|
| 2/6/2020 | A | 30(b)(6) Deposition of the Village of East Rockaway, NY (excerpts) |
| 10/30/2019 | B | Plaintiff's First Set of Discovery Requests to Defendant |
| 1/6/2020 | C | Defendant's Responses to Plaintiff's First Set of Discovery Requests |

4. Included in the documents previously filed with the Court (identified by ECF Doc. No.) are true and correct copies (or true and correct excerpts of such copies) of the following documents produced in this case:

| Date | Doc. (ECF) | Description |
|---|---|---|
| 6/6/2019 | 1 | Plaintiff's Complaint |
| 6/6/2019 | 3 | Plaintiff's Brief in support of Order to Show Cause for Temporary Restraining Order |
| 6/6/2019 | 5 | Order to Show Cause for a Temporary Restraining Order and Injunction re: §§ 171-16 and 171-18 of the Village Code |
| 6/12/2019 | 12 | Plaintiff's Amended Complaint |
| 6/6/2019 | 12-1 | Village Code Chapter 171 (excerpted), in effect until June 2019. |
| 6/6/2019 | 12-2 | Declaration of Pierson (Pierce) Baldwin, Long Island Branch Manager, Aptive Environmental, LLC |
| 6/10/2019 | 12-12 | Resolution Authorizing Village Moratorium re: Solicitation Permit Issuance |
| 6/12/2019 | 13 | Plaintiff's Amended Motion for Temporary Restraining Order |
| 6/14/2019 | 14 | Order to Show Cause for a Temporary Restraining Order and Injunction re: §§ 171-14, 171-16 and 171-18 of the Village Code |
| 7/16/2019 | 24 | Preliminary Injunction Opinion and Order, preliminarily enjoining §§ 171-14, 171-16 and 171-18 of the Village Code |
| 7/30/2019 – 8/16/2019 | 44-1 | Correspondence among Counsel re: Solicitation Fee and Rule 26(f) Conference |
| 9/9/2019 | 44-6 | Amended Ordinance of the Village of East Rockaway, NY, amending Chapter 171 of the Village Code (filed with the Court on 12/13/2019) |
| 10/25/2019 | 44-7 | Declaration of Pierson (Pierce) Baldwin, Long Island Branch Manager, Aptive Environmental, LLC (filed with the Court on 12/13/2019) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2020 in Dallas, Dallas County, Texas.

*Clint Cowan* (signature)

Clint Cowan