# EXHIBIT A

```
1   A P P E A R A N C E S:
2
3        LYNN PINKER COX & HURST, LLP
              Attorneys for the Plaintiff
4             2100 Ross Avenue - Suite 2700
              Dallas, Texas  75201
5
         BY:  SAMUEL CLINTON COWAN, ESQ.
6
7
8        RYAN, BRENNAN & DONNELLY, LLP
              Attorneys for the Defendant
9             131 Tulip Avenue
              Floral Park, New York  11001
10
         BY:  JOHN E. RYAN, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                   FEDERAL STIPULATIONS

2

3          IT IS HEREBY STIPULATED AND AGREED,

4      by and between the parties hereto, through

5      their respective Counsel, that the

6      certification, sealing and filing of the

7      within examination will be and the same are

8      hereby waived;

9

10         IT IS FURTHER STIPULATED AND AGREED

11     that all objections, except as to the form

12     of the question, will be reserved to the

13     time of the trial;

14

15         IT IS FURTHER STIPULATED AND AGREED

16     that the within examination may be signed

17     before any Notary Public with the same

18     force and effect as if signed and sworn to

19     before this Court.

20

21

22

23

24

25

Patricia Renner - February 6, 2020

1    for a background check to date?

2         A     Well, we do background checks only in

3    recreation for contractors, but not for solicitation

4    yet.  We've only received one application so far.

5         Q     So there were no background checks done from

6    the years 2017 through 2019?

7         A     No.

8         Q     There hasn't yet been any background check

9    done in 2020?

10        A     No.

11        Q     Are there any other people in other village

12   departments who might have any job tasks related to

13   solicitation?

14        A     No.

15        Q     It's only the village clerk's office

16   that regulates solicitation?

17        A     Correct.

18        Q     How many hours did the village spend in tasks

19   in relating to licensing solicitors in 2017?

20        A     Zero.

21        Q     What about in 2018?

22        A     Zero.

23        Q     2019?

24        A     I'm not sure in 2019.

25        Q     Can you give me a range of hours?

Patricia Renner - February 6, 2020

1      A      I may have spent some hours developing

2  the new form.  Several hours actually developing

3  the forms that would be used, but I'm not sure if

4  it was December or January of this year that I've

5  been doing that.

6      Q      Would you say two to three hours developing

7  the form?

8      A      No, longer.

9             Well, there was the -- the e-mails from

10 residents to be placed on a do not knock list and the

11 forms to be used for the applications.

12     Q      Would you say between three and five hours?

13     A      Between December and January I would say at

14 least seven hours.

15     Q      Between December of 2019 and January of 2020?

16     A      Yes.

17     Q      What about from January through November of

18 2019, how many hours did the village clerk spend on --

19     A      None.

20     Q      How many hours under the new ordinance does

21 it take the village clerk's office to create a solicitor

22 license?

23     A      To create the license?  I'm not sure I

24 understand.

25             To create the application or to generate the

1  application?

2      Q      After the application is submitted, how many

3  approximate hours of the village's time does it take

4  to --

5      A      I'm not sure because we haven't gotten any

6  applications submitted as of yet.

7      Q      So there's no way to know one way or the

8  other?

9      A      Correct.

10     Q      So we've spoken a little bit about licensing

11  and you mentioned an application.

12             In 2017 did the village have an application

13  for a solicitor's license?

14     A      No.

15     Q      What about in 2018?

16     A      No.

17     Q      In 2019?

18     A      That's when we developed it.

19     Q      That was developed in December of 2019?

20     A      Yes.

21     Q      So from January through November of 2019

22  there was not an application for a solicitor license in

23  the village?

24     A      From what?

25     Q      January through November of 2019.

Patricia Renner - February 6, 2020

1           MR. RYAN:   Object to the form of the
2      question.
3      A       There were no commercial solicitation
4  licenses issued ever since I've been there that
5  I'm aware of.
6      Q       So there's no way to know --
7      A       Correct.
8      Q       -- what the cost would be --
9      A       Correct.
10      Q       -- because no commercial solicitation
11  licenses were issued by the village?
12      A       Correct.
13      Q       There are certain exemptions in the
14  ordinance.
15           Do you recall that?
16      A       No.
17      Q       Certain groups don't have to pay, 'cause I'm
18  looking at Section C of 171-17.
19      A       Yes.
20      Q       Do you know how much it cost the village in
21  2019 to issue a single solicitor license for a member of
22  a recognized village association of war veterans,
23  police, firemen, or religious or charitable
24  organization?
25      A       No license fee shall be charged.

Patricia Renner - February 6, 2020

1   Q    So you're not aware of any losses to the
2   budget of the village by issuing licenses to these
3   exempted groups?
4   A    No.
5   Q    So in fiscal year 2017 for the village, how
6   much money did the village spend on enforcement related
7   to solicitation?
8   A    In what year?
9   Q    2017.
10  A    I don't know.
11  Q    Can you give me an approximation?
12  A    I can't recall how many times the code
13  enforcement were called on a solicitation call or
14  complaint, so I wouldn't be able to calculate it if I
15  don't remember how many times it happened.
16  Q    Was it more than zero?
17  A    I don't know.
18  Q    So it could be zero?
19  A    It could be zero, it could be more.  I'm not
20  sure.
21  Q    What about in 2018, how much did the village
22  spend on enforcement related to solicitation?
23  A    I'm not really sure.
24       Again, anything that I would give you would
25  be approximate, and I don't really -- I never did a

Patricia Renner - February 6, 2020

1   calculation for it.

2       Q     So it could be zero?

3       A     Yes.

4       Q     What about in fiscal year 2019, how much

5   money did the village spend on enforcement related to

6   solicitation?

7       A     I don't know an amount.  I did not do a

8   calculation.  There were several complaints, however.

9       Q     But it could be zero?

10      A     It could be.

11      Q     So I also notice in this ordinance that

12  there's a Section 171-19.  I'm back on Exhibit 2.  It's

13  entitled posted premises.

14            What does this section mean?

15      A     You should not knock or ring the bell on any

16  premise that has a no knocking or no soliciting sign on

17  their premises.

18      Q     There are no magic words that have to be put

19  on a sign, it's just the meaning I don't want people to

20  knock on my door?

21            MR. RYAN:  Object to the form of the

22      question.

23            You can answer.

24      A     Can you repeat that, please?

25      Q     Sure.

Patricia Renner - February 6, 2020

```
1        A      Okay.

2        Q      You have in front of you what we've marked as

3    Exhibit 4, and this is a proposed Local Law Filing.

4               Have you seen this document before?

5        A      Yes.

6        Q      Can you identify this document?

7        A      This is the Local Law Number 7 of 2019.

8        Q      We see from the top line that this Local Law

9    is being presented to the Village of East Rockaway; is

10   that accurate?

11       A      Yes.

12       Q      Can you flip with me to page nine -- or page

13   eight of eight, excuse me.

14              The September date here, does that sound

15   about accurate as the time frame for this draft

16   ordinance?

17       A      Yes.

18       Q      Did anyone send you this draft before it was

19   presented to the board of trustees?

20       A      Yes, John Ryan does all our local laws for

21   us.

22       Q      So he sent it to you for your input and

23   comments prior to its presentation at the board of

24   trustees meeting?

25       A      I don't make any comments.  He just presents
```

Patricia Renner - February 6, 2020

1  it to me, we then present it to the board.

2      Q    When he presents it to you initially, that

3  happens at the board meeting; correct?

4      A    He e-mails it so that I can make copies for

5  the board at the board meeting.

6      Q    Does he send it to you and do you ever

7  provide comments on what the language ought to be in the

8  ordinance draft?

9      A    No.

10     Q    Has anyone from the village sought your input

11  on this draft amended ordinance?

12     A    No.

13     Q    Has anyone asked for your opinion on

14  the contents of this draft amended ordinance?

15     A    No.

16     Q    But you're the person in charge of

17  administering this ordinance as it relates to

18  solicitation; is that correct?

19     A    Yes.

20     Q    Do you find it strange at all that nobody

21  would consult you about this draft amended ordinance?

22          MR. RYAN:  Object to the form.

23          Do you understand the question?

24          THE WITNESS:  No, not really.

25          Strange, what does that mean?

Patricia Renner - February 6, 2020

1   Q   Do you think that as the person who is in
2   charge of administering this ordinance you should be
3   consulted about the task that it's going to require your
4   office to perform?
5   A   Yes.  If I have comments or if I think there
6   should be changes, I do make those comments and
7   recommendations to the board.
8   Q   Generally speaking; correct?
9   A   Correct, yes.
10  Q   But you weren't asked about that in this
11  instance, were you?
12      MR. RYAN:  Objection.
13      Go ahead, you can answer.
14  A   They don't generally ask me if I
15  have comments, I just give the comments.  They don't ask
16  me about it.
17  Q   But the village knows that you're the person
18  or your office is in charge of administering this
19  ordinance, do they not?
20  A   Yes.
21  Q   But they don't have a pattern of asking you
22  about the contents of this ordinance, do they?
23  A   No.
24      MR. RYAN:  Object to the form of the
25      question.

Patricia Renner - February 6, 2020

1          You answered.

2     Q     You're the person who would be most

3  knowledgeable about the expenses that the village incurr

4  related to solicitation; isn't that right?

5     A     Yes, I would be.  I suppose I could be the

6  person that would be able to figure out how much, yes.

7     Q     You know what these licenses cost to produce,

8  don't you?

9          MR. RYAN:  Which licenses, Counselor?

10          MR. COWAN:  The licenses that are referred to

11     in this draft amended Local Law at Exhibit 4.

12     A     If asked to give an approximation, then I

13  could.

14     Q     I want to turn with you in this draft law to

15  Section 171-2.

16          Do you see the reference in Section 171-2 to

17  another village?

18     A     Yes.

19     Q     If you look down with me at subsection

20  H, do you see in the last sentence of subsection H

21  that it refers to another village?

22     A     Yes.

23     Q     What village is that?

24     A     Village of Floral Park.

25     Q     Not the Village of East Rockaway;

Patricia Renner - February 6, 2020

1          I know what our fee is.  I don't know what
2    Lynbrook's fees are, I don't know what Valley Stream's
3    fees are, so I don't know that it was copied.  It's
4    possible, but I don't know that for a fact.
5          Q     But you agree with me that you just read a
6    request for admission?
7          A     Yes.
8          Q     And the request for admission asked the
9    village whether it copied its ordinance from Floral
10   Park, --
11         A     Yes.
12         Q     -- you agree with me on that?
13         A     Yes.
14         Q     What was the Village of East Rockaway's
15   response to that question?
16         A     Admit.
17               MR. RYAN:  Asked and answered.
18         Q     So if East Rockaway copied the ordinance of
19   Floral Park, that would include copying its fees.
20               Do you agree?
21         A     Yes.
22         Q     So the fees in the new East Rockaway
23   ordinance are really just the fees of Floral Park; is it
24   not?
25               MR. RYAN:  Objection to the form of the

Patricia Renner - February 6, 2020

1    question.

2        A    Yes.

3        Q    When the Village of East Rockaway took the

4    fees from the Floral Park ordinance, had it done any

5    studies about how high the fees would be under this new

6    licensing law?

7        A    No.

8        Q    Were you asked about the appropriate amount

9    of the twenty-five dollar process fee and two hundred

10   dollar license fee that are here in the East Rockaway

11   ordinance that we looked at earlier?

12       A    No.

13       Q    So you weren't asked for your input about how

14   high the fees ought to be?

15       A    No.

16       Q    Did you ever give an amount that you think

17   the fee ought to be?

18       A    No.

19       Q    Do you know why you weren't asked to give

20   input about the twenty-five dollar process fee and the

21   two hundred dollar license fee?

22       A    I do not set the fees for the village.

23       Q    But you are the person most knowledgeable

24   about what it would cost the village to issue these

25   licenses; isn't that right?

Patricia Renner - February 6, 2020

1      Q      If you could also look with me, Ms. Renner,
2  at Exhibit 5, and also turn to the requests for
3  production section of that document just so we have them
4  next to each other.
5            MR. RYAN:  Page six.
6      A      Requests for production?
7      Q      Yes.
8            Number one in the requests for production
9  that Aptive served, are you aware of any documents or
10 communications that the village has which would be
11 responsive to this request number one?
12     A      No, I'm not aware of any.
13     Q      So the village doesn't have any documents or
14 communications that show any research, studies,
15 investigations, analyses, accounting reports, memoranda
16 or other data related to the processing costs that the
17 village has for solicitor licenses?
18     A      No.
19     Q      I'm on number two now.
20            Are you aware of any documents or
21 communications that show any research or studies or
22 investigations or analyses or accounting reports or
23 memoranda or other data that the village has that are
24 related to the costs that it incurs for enforcing
25 Chapter 171 of the village code?

Patricia Renner - February 6, 2020

1      A      No.

2      Q      Number three, are you aware of any documents

3  or communications that would show the village's

4  procedure for conducting a criminal background check?

5      A      No.

6      Q      As to RFP number four, are you aware of any

7  documents and communications that the village has which

8  relate to your procedures in investigating an applicant

9  for a solicitor's license?

10     A      No.

11     Q      As to RFP number five, does the village have

12  any documents or communications that it considered in

13  determining the two hundred dollar fee amount?

14     A      No.

15     Q      As to RFP number six, does the village have

16  any documents or communications that it considered in

17  determining the twenty-five dollar process fee?

18     A      No.

19     Q      As to RFP number seven, does the village have

20  any documents or communications that would show its

21  total expense incurred in 2018 for licensing solicitors?

22     A      We're on number eleven?

23     Q      We're on number seven.

24     A      Sorry.

25     Q      No problem.

Patricia Renner - February 6, 2020

```
 1        A      No.
 2        Q      Just to be clear, the village doesn't have
 3   any documents or communications that would show its
 4   total expenses in 2018 for licensing solicitors?
 5        A      Correct.
 6        Q      What about as to RFP number eight, does the
 7   village have any documents or communications which would
 8   show its total expenses in 2019 for --
 9        A      No.
10        Q      -- licensing solicitors?
11               Still no?
12        A      No.
13        Q      What about as to RFP number nine, does the
14   village have any documents or communications that are
15   related to or concern its determination of the two
16   hundred dollar fee amount?
17        A      No.
18        Q      As to RFP number ten, does the village have
19   any documents or communications that are related to its
20   determination of a twenty-five dollar process fee in the
21   new ordinance?
22        A      No.
23        Q      As to RFP number eleven, does the village
24   have any documents or communications that relate to or
25   concern the village's drafting, consideration or passage
```

Patricia Renner - February 6, 2020

1   of Local Law Number 7 to amend Chapter 171?

2       A    No.

3       Q    As to RFP number one, did the village do any

4   research or studies or investigations or analyses or do

5   any accounting reports or furnish any memoranda or

6   compile any data related to its processing costs

7   incurred by the village to license solicitors?

8       A    No.

9       Q    Related to number two, does the village have

10  any documents or communications that reflect any

11  research, studies, investigations, analyses or

12  accounting reports, memoranda or other data that it

13  considered or that relate to the costs incurred by the

14  village to enforce Chapter 171 of the village code?

15      A    No.

16      Q    Does the village have any documents or

17  communications which would show its procedure for

18  conducting criminal history or background checks on

19  applicants for solicitor licenses?

20      A    No.

21      Q    Does the --

22           MR. RYAN:  Just a second.  Didn't we

23      just go through this?

24           MR. COWAN:  We did, but I'm talking

25      about any documents that the village has.

Patricia Renner - February 6, 2020

1      MR. RYAN:  I thought you just went
2  through this in the prior set of questions.
3      MR. COWAN:  You can put your objection on the
4  record if you want.
5      MR. RYAN:  You're just asking the same
6  question.
7      MR. COWAN:  Do you want to object?
8  You're not asking me questions, that's not
9  how it works, as you know.
10      Do you want to object?
11      MR. RYAN:  I guess I'm objecting.
12      He's asking the same questions again.
13  I'd ask him not to ask the questions again,
14  but it's your game.
15      MR. COWAN:  Thank you.
16  Q     Does the village have any documents or
17  communications which relate to the village clerk's
18  procedures for processing and investigating applications
19  for solicitors licenses?
20  A     No.
21  Q     Does the village have any documents or
22  communications at all that it considered in determining
23  the two hundred dollar license fee amount?
24  A     No.
25      MR. COWAN:  Thank you.  You can put

Patricia Renner - February 6, 2020

```
 1        A      Yes.
 2        Q      It states here that the application for a
 3   license shall be in writing.
 4               Do you agree?
 5        A      Yes.
 6        Q      It also has to be addressed to the clerk.
 7               Do you also agree with that?
 8        A      Yes.
 9        Q      It also gives some information that must be
10   included in the application.
11               Do you see that?
12        A      Yes.
13        Q      That information is listed out in subsections
14   A through J.
15               Are you with me?
16        A      Yes.
17        Q      Does the village currently have an electronic
18   or paper application for a solicitor's license?
19        A      Yes.
20        Q      Where might an applicant find that
21   application?
22        A      You can request it in the clerk's office.
23   I'm not sure if we have it on line yet, because we're
24   still in the process of developing the solicitor's
25   application and procedures.
```

Patricia Renner - February 6, 2020

1          As I stated before, we've never issued any

2   prior -- have not issued one yet since I'm in the

3   village other than the non-for-profit, which just was a

4   letter.

5      Q     Was there a reason why the village never

6   previously gave licenses to for-profit solicitors?

7          MR. RYAN:  Objection.

8          You can answer.

9      A     There were never any requests for it.  We've

10  never received a request for it.

11     Q     Was there a policy against allowing it?

12     A     No, just never received any solicitors

13  requesting it other than the non-for-profits or

14  canvassing.

15     Q     In Section 171-2, the information that's

16  listed here in A through J, is all that information

17  requested on the current application that's been

18  recently developed?

19     A     I believe, I believe we have everything but

20  the vehicles that would be used in solicitation on the

21  application.  I missed that.

22     Q     Is the application still in draft form or can

23  an applicant get it right now?

24     A     They can get it.  We've sent one out to an

25  applicant.  As a result of a complaint, I sent one out

Patricia Renner - February 6, 2020

1   to Altice.

2        Q        Who is Altice?

3        A        Cablevision.

4        Q        So they were a company going door to door in

5   the village?

6        A        Correct.

7        Q        As you look through here at Section 171-2, do

8   you see any additional information that's included in

9   the new application that is not present here in the

10  ordinance?

11       A        No.

12       Q        So the village is not requesting any

13  information beyond what is here in the ordinance?

14       A        Correct.

15       Q        Currently if someone wanted to apply for a

16  solicitor license in the village, what would that person

17  have to do?

18       A        They'd have to request an application and

19  they would be sent a cover letter with the application,

20  and then once it's sent back into the village, then it

21  would be reviewed by the board.

22                Then we'd have to go through the procedures,

23  background check and review, and then have to send them

24  either a permit or -- which we haven't even made up the

25  permit yet, because this is brand new, and then -- oh,

Patricia Renner - February 6, 2020

1   and they would have to show us too whether they're, you

2   know, the corporation or a -- if they're there as the

3   non-for-profit, and then they would get the permit.

4        Q     Will the permit --

5        A     And I'm sorry I'm stuttering a little, it's

6   because we haven't done it yet, so I'm kind of just

7   muddling through.

8        Q     Understood.

9              Thank you for answering my questions, by the

10  way.

11             Do you think that the license itself, the

12  hard copy license, will be available by the fall of this

13  year?

14       A     Yes.  I see no reason why it wouldn't be.

15       Q     I want you to turn with me to subsection J in

16  that same section, and it says here such other

17  information as the board of trustees may require.

18             What do you take that section to mean?

19       A     That the board might require some additional

20  information and we would request it in writing.  After

21  reviewing, if they have any questions regarding what's

22  maybe not clear what goods they're going to be

23  soliciting, et cetera.

24       Q     Anything else?

25       A     I can't think of anything.

Patricia Renner - February 6, 2020

1   you've mentioned today?

2       A     Well, there's the e-mail that I would

3   receive, there's the e-mail -- then there's the e-mail

4   in response, and then there's adding the person's

5   information onto the list.

6       Q     So that's the ten to fifteen minute process

7   we discussed earlier?

8       A     Yes.

9       Q     And the village clerk's office has only done

10  or only sent the no knock list to one prospective

11  solicitor; is that correct?

12      A     Yes.

13      Q     So the fifty to seventy-five dollar figure is

14  just a guess from the village, is just an estimate of

15  the cost to the village it would incur?

16            MR. RYAN:  Objection to form.

17            You can answer.

18      A     It's an approximation, yes.

19      Q     Did you make that approximation or did

20  somebody else come up with that figure?

21      A     That was -- yeah, that was a figure that was

22  given to me.

23      Q     It was given to you by someone else?

24      A     Yes.

25      Q     Does the village have any documents or other

Patricia Renner - February 6, 2020

1   one hundred dollars, at least.  My time, the board's

2   time, the denial letter, those all are costs that we

3   incur.

4           So, no, twenty-five dollars is not the total

5   cost of that.

6       Q    What do you think the total cost is?

7       A    Approximately?

8       Q    Yes.

9       A    Two hundred dollars.

10      Q    Has the village ever licensed a solicitor

11  before?

12      A    No.

13      Q    So what basis --

14      A    I'm using approximate in all my answers

15  because we have not done it.  So we're approximating the

16  costs.  We don't know for sure what the costs are until

17  we have one that we can process fully through the

18  application, and I don't know what the failure to pass

19  and be disapproved is because we haven't done that.

20          I'm approximating, I'm guessing.  I'm not --

21  I don't know for sure because we haven't done it.

22      Q    The two hundred dollar fee is a guess?

23          MR. RYAN:  Object to the form of the

24      question.

25          You can answer.

Patricia Renner - February 6, 2020

1  to cover the cost caused by somebody who's violating the
2  ordinance?
3            MR. RYAN:  Object to the form of the
4      question.
5            You can answer.
6      A     Would that be enough is the question?
7      Q     To cover the cost of code enforcement.
8      A     I believe that would be enough.
9      Q     Can you look with me, please, at Exhibit 6.
10  Can you turn with me, please, to the village's response
11  to interrogatory number five.  Just let me know when
12  you're there.
13      A     I'm there.
14      Q     Do you agree, or does the village agree that
15  it costs it one hundred dollars, approximately, to do a
16  criminal background check for a solicitor's license
17  application?
18      A     Approximately, yes.
19      Q     For what reasons?
20      A     For what reasons?
21      Q     Yes.
22      A     Because we would have to hire a company to do
23  that.  So that cost is something that the company we
24  hire would receive and charge.
25      Q     What company does the village plan to hire?

Patricia Renner - February 6, 2020

1      A      I don't have a company as of yet.

2      Q      Has the village taken estimates from

3  different background check companies about what the cost

4  is?

5      A      No, not yet.

6      Q      Will the village be using a private

7  investigator to do the background checks for solicitor

8  applicants?

9      A      I don't know.  We haven't discussed that yet.

10     Q      Will the background check involve

11 fingerprinting?

12     A      I don't know.

13     Q      So the village doesn't currently have any

14 evidence to support its view that a background check

15 costs a hundred dollars per applicant?

16            MR. RYAN:  Object to the form of that

17        question.

18            You can answer it.

19     A      No.

20     Q      Why did the village decide to implement a

21 background check for solicitor applicants?

22     A      People knock on residents doors.  You want to

23 make sure that people in your neighborhood are -- don't

24 have any bad things in their background.

25     Q      Did the village receive any reports that

Patricia Renner - February 6, 2020

1     asked and answered.

2          You may answer.

3     A     The enforcement personnel for each

4  application, which we only had one, so it's an

5  approximate, it's not a definitive, and you have to keep

6  -- for every application that we -- well, the one

7  application that we've had so far has been as a result

8  of a complaint from a resident which then generated code

9  enforcement.

10         So I'm not going through the phonebook

11 looking for solicitors.  I'm going based on complaints

12 from residents.  So that generates a code enforcement

13 response.  So that's a salary for the code enforcement

14 person, and Tom Smith, the supervisor of the code

15 enforcement, they're being utilized.

16    Q     So Mr. Smith supervises and then there's a

17 full-time individual; correct?

18         MR. RYAN:  Objection.  Asked and answered.

19         You can answer.

20    A     Yes.

21    Q     And then four part-time, is that also

22 correct?

23    A     Yes.

24    Q     What research did the village do about

25 the cost of enforcement of its solicitation code

Patricia Renner - February 6, 2020

```
 1   prior to setting the two hundred dollar fee?
 2           MR. RYAN:  Object to the form of the
 3       question.
 4       A     Yeah, I'm not really sure that I can follow
 5   that.
 6       Q     Did the village research the cost of
 7   enforcement relative to solicitation before it set this
 8   two hundred dollar fee?
 9       A     No.
10       Q     Have there been any reports from the code
11   enforcement department about how much cost they've
12   incurred related to solicitation?
13       A     No.
14       Q     Who enforces Chapter 171 of the village code?
15           MR. RYAN:  Objection.  It's asked and
16       answered.
17       A     Well, I oversee, and the superintendent of
18   buildings is the one who would send out code
19   enforcement, or he would go out on his own himself.  He
20   has more recently gone out himself rather than send
21   someone.
22       Q     Sometimes will the Nassau County Police
23   Department also be enforcing Chapter 171?
24           MR. RYAN:  Objection to the form.
25       A     Nassau County Police Department does not
```

Patricia Renner - February 6, 2020

```
 1  don't know why they're charging less.
 2       Q      Just to be clear, the village is only
 3  guessing about what its administrative costs would be
 4  with respect to solicitor licenses?
 5              MR. RYAN:  Object to the form of the
 6       question.
 7              You can answer.
 8       A      We're approximating.
 9       Q      But it has not done any studies --
10       A      Correct.
11       Q      -- to support it's approximation?
12              MR. RYAN:  Object to the form of the
13       question.  Asked and answered.
14              You can answer.
15       A      Correct.
16              MR. COWAN:  I'm going to look at another
17       town's solicitation notice.  This will be Exhibit
18       10.
19              (Whereupon, Peddlers and Solicitors Ordinance
20       was marked as Plaintiff's Exhibit 10 for
21       identification, as of this date.)
22       Q      This is Exhibit 10.  This is the solicitation
23  ordinance of the Village of Valley Stream.
24              How far away is the Village of Valley Stream
25  from East Rockaway?
```

151

```
 1                  C E R T I F I C A T I O N

 2

 3              I, DEBORAH THIER, a Notary Public

 4    of the State of New York do hereby certify:

 5              That the testimony in the within

 6    proceeding was held before me at the aforesaid

 7    time and place.  That said witness was duly sworn

 8    before the commencement of the testimony, and that

 9    the testimony was taken stenographically by me,

10    then transcribed under my supervision, and that

11    the within transcript is a true record of the

12    testimony of said witness.

13              I further certify that I am not related

14    to any of the parties to this action by blood or

15    marriage, that I am not interested directly or

16    indirectly in the matter in controversy, nor am I

17    in the employ of any of the counsel.

18              IN WITNESS WHEREOF, I have hereunto set

19    my hand this 18th day of February, 2020.

20

21

22                        _____
                                  DEBORAH THIER

23

24

25
```