# EXHIBIT A

1
2  UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF NEW YORK
3  CENTRAL ISLIP DIVISION
   ---------------------------------------X
4
   APTIVE ENVIRONMENTAL, LLC,
5
                    Plaintiff,
6
               - against -
7
   VILLAGE OF EAST ROCKAWAY, NEW YORK,
8
                    Defendants.
9
10 NO.:  2:19-cv-03365-SJF-SIL
11 ---------------------------------------X
12
                         131 Tulip Avenue
13                       Floral Park, New York
14                       February 6, 2020
                         10:02 A.M.
15
16
17
18          DEPOSITION OF PATRICIA RENNER,
19 a witness on behalf of the Defendant, taken by
20 the attorney for the Plaintiff, pursuant to Rule
21 30(b)(6), and held before Deborah Thier, a Notary
22 Public of the State of New York at the above-stated
23 time and place.
24
                    *    *    *    *
25

Patricia Renner - February 6, 2020

1  give my presentation and then they decide, the board

2  decides what the budget will be, whether it's less or

3  more.

4      Q      So you would come to the board on an annual

5  basis and say, here are the expenses we have, here is

6  what I recommend you ought to appropriate?

7      A      Correct.

8      Q      So you are familiar with the various expenses

9  of the village clerk's office?

10     A      Correct.

11     Q      I take it the villager clerk's office

12 performs at least a few tasks, I might be understating

13 it, for the village?

14     A      Correct.

15     Q      What are those tasks that are performed by

16 the village clerk's office?

17     A      We collect taxes, property taxes, we collect

18 permit fees for parking, for landscapers, for

19 hairdressers, beauty salons in the village.  We have

20 FOIA requests that we process.

21     Q      Is that Freedom of Information Act?

22     A      Correct.

23            Yes, we have several applications.  We used

24 to do those and now we're not doing that anymore.  We

25 have the solicitors, we have scavengers, we have --

Patricia Renner - February 6, 2020

1   Q      Are scavengers secondhand dealers?

2   A      Yes.

3          I believe that's -- I'm not sure what the

4   other ones are.

5   Q      As village clerk, you would be familiar with

6   the time and materials involved in issuing the licenses

7   that you described earlier; is that right?

8   A      I don't actually issue all of them.  I may

9   approve them, but I don't do the issuing.  I oversee the

10  people who do the issuing.

11  Q      But you are personally familiar with how much

12  time it generally takes for them to do the issuance; is

13  that correct?

14  A      I could approximate, I guess.

15  Q      And you've done that issuance yourself

16  probably as deputy clerk as well?

17  A      No, not really.

18  Q      Have you ever personally ever issued a

19  solicitor's license to someone?

20  A      No, not as of yet.  It's a new process, so we

21  haven't actually -- well, no.

22         Let me -- we have received one as a result of

23  a complaint, we sent out one of the applications.

24  Q      The office sent out an application to

25  someone.

1          Did that person return that application
2     filled out?
3          A     No.  It was just done recently, about a week
4     to two weeks ago.
5          Q     With respect to the other business licenses
6     that you described, have you personally issued any of
7     those business licenses to an applicant before?
8          A     Parking permits I've issued.
9          Q     What about a landscape license?
10         A     No.
11         Q     Secondhand dealer license?
12         A     No.
13         Q     But you supervise the people who do issue
14    those licenses?
15         A     Yes.
16         Q     So you know the time and materials and
17    expense involved?
18         A     Yes.
19         Q     Are there any businesses that do not require
20    a license to operate in the village?
21         A     I suppose so.  I'm not really sure.  Like a
22    CVS, I can't think of any license that the village
23    issued.
24         Q     Are there any business licenses besides
25    solicitors in East Rockaway that require a criminal

1  background check?

2      A     I don't -- I'm not sure.  I don't think

3  so, but I'm not sure.

4      Q     We were talking earlier about the other

5  business licensing that the clerk's office does.

6            Are you aware in your capacity of formulating

7  the budget of the village losing money on issuing any of

8  those licenses?

9      A     I'm sorry, can you just repeat that?

10     Q     Sure.

11           For example, let's take a landscaping

12 license, I believe the last -- I don't know what the fee

13 was, but are you aware that the village is spending a

14 higher amount to issue the license than it is collecting

15 as a fee from the applicant?

16     A     No.

17     Q     I realize this is personal, so I apologize in

18 advance for the awkwardness, what was your total annual

19 compensation in 2020, or what is your expected total

20 compensation in 2020?

21     A     A hundred and six thousand.

22     Q     Does that include bonus, retirement, health

23 and disability benefits?

24     A     I don't receive a bonus.  I have a longevity

25 check that I receive which is included in that.

1   Benefits are additional.

2          And what was the other item?

3      Q      Any type of health, disability, life

4   insurance, if you were to add up all of your forms of

5   compensation, what --

6      A      Well, we do get a -- if I should die, there's

7   a life insurance.  But that would be extra that I'm not

8   including in that.

9      Q      If you were to try to estimate your total

10  annual compensation, including all of those benefits for

11  2020, what do you think it would be?

12     A      The only extra one would be the medical

13  benefit and the dental and eye glass, and that probably

14  is in the -- 'cause I have single, I don't have a family

15  plan, so that is probably an additional seventeen

16  thousand.

17     Q      So, approximately, a hundred and twenty-three

18  thousand total annual compensation for this year?

19     A      Yes.

20     Q      What do you think it was in the years 2017

21  through 2019, could you give me an approximation?

22          MR. RYAN:  As to what years, I'm sorry,

23     Counselor?

24          MR. COWAN:  2017 through 2019.

25     A      Ninety-five thousand -- oh, with medical,

1  then it would be another additional, maybe, fifteen

2  thousand.

3      Q      So, approximately, in 2017 a hundred and ten

4  thousand?

5      A      Correct.

6      Q      Then 2018, approximately, a hundred and

7  fifteen?

8      A      Correct.

9      Q      Then 2019, perhaps about a hundred and twenty

10 thousand?

11     A      Correct.

12     Q      I won't hold you to that.  I know these are

13 approximate.

14             Besides you, who are the other current

15 employees in the clerk's office?

16     A      Cindy Lark is the deputy clerk, L-A-R-K,

17 Theresa Gaffney is the deputy treasurer, G-A-F-F-N-E-Y.

18 Then there's Robert Vito, he's the tax person, and Donna

19 Pagliero, P-A-G-L-I-E-R-O, she's the accountants

20 payable, and Cheryl Conklin, C-O-N-K-L-I-N, she is the

21 secretary to the board of trustees.

22     Q      Total of six employees including

23 yourself?

24     A      Yes.

25     Q      What are Cindy Lark's main job

Patricia Renner - February 6, 2020

1   responsibilities?

2       A       Cindy does the minutes.  She also spearheads

3   a lot of our village events.  She also does awards that

4   the board likes to give out at the board meetings, and

5   she keeps a calendar for myself and her as far as the

6   meetings go.

7       Q       How many of her yearly hours involved tasks

8   related to solicitation?

9               MR. RYAN:  Talking about commercial

10      solicitation?

11              MR. COWAN:  Correct.

12      A       Yes, she worked on finding addresses for me

13  for the one solicitation application that we did get.

14  So about an hour.

15      Q       About an hour in the past three years?

16      A       Well, we've only had one application in the

17  past three years, so yes.

18      Q       Does she have any other job responsibilities

19  that might involve tasks related to solicitation?

20      A       No.

21      Q       I know you might need to give an

22  approximation, but what is her total yearly

23  compensation?

24      A       Eighty-five thousand plus the family plan,

25  which I think is about twenty-five thousand, and that's

1    approximate.  I'm not sure.

2           MR. COWAN:  The health insurance is so

3    expensive.

4           MR. RYAN:  Is that a question or just a

5    comment?

6           MR. COWAN:  Just a comment.

7           MR. RYAN:  I agree with that.

8           MR. COWAN:  You can move to strike,

9    Counsel.

10          MR. RYAN:  No, I agree with that.  The only

11   thing you've said so far that I agree with.

12   Q       You mentioned Ms. Gaffney is deputy

13   treasurer.

14          Does she perform any job tasks related to

15   solicitation?

16   A       No.

17   Q       What about Mr. Vito, any job tasks for him

18   related to solicitation?

19   A       Future, possibly.  Has he done any so far

20   with one application, no.

21   Q       What about Ms. Pagliero?

22   A       No.

23   Q       No job tasks related to solicitation?

24   A       No -- wait now, let me go back, 'cause the

25   solicitation -- if someone would -- if someone would be

Patricia Renner - February 6, 2020

1    handing in an application, Mr. Vito, Cheryl Conklin or

2    Donna Pagliero would probably go up to the counter and

3    receive the application.

4        Q       What would they do with that after they

5    received it?

6        A       They would give it to me.

7        Q       So you would be doing most of the processing

8    of the application for a solicitor license?

9        A       Correct.

10       Q       Besides what you described about receiving

11   the applications, would Ms. Conklin have any job duties

12   related to solicitation?

13       A       No.

14       Q       Does the village have any independent

15   contractors who perform any tasks related to

16   solicitation?

17       A       I'm not sure I understand the question.

18       Q       All the people at the village who deal with

19   regulating solicitation, are they all village employees?

20       A       Yes.

21       Q       So you're not aware of outsourcing any tasks

22   related to solicitation in the village?

23       A       Well, a background check is not done within

24   the village.

25       Q       Has the village submitted any applications

1   for a background check to date?

2       A       Well, we do background checks only in

3   recreation for contractors, but not for solicitation

4   yet.  We've only received one application so far.

5       Q       So there were no background checks done from

6   the years 2017 through 2019?

7       A       No.

8       Q       There hasn't yet been any background check

9   done in 2020?

10      A       No.

11      Q       Are there any other people in other village

12  departments who might have any job tasks related to

13  solicitation?

14      A       No.

15      Q       It's only the village clerk's office

16  that regulates solicitation?

17      A       Correct.

18      Q       How many hours did the village spend in tasks

19  in relating to licensing solicitors in 2017?

20      A       Zero.

21      Q       What about in 2018?

22      A       Zero.

23      Q       2019?

24      A       I'm not sure in 2019.

25      Q       Can you give me a range of hours?

1      A      I may have spent some hours developing
2  the new form.   Several hours actually developing
3  the forms that would be used, but I'm not sure if
4  it was December or January of this year that I've
5  been doing that.

6      Q      Would you say two to three hours developing
7  the form?

8      A      No, longer.

9             Well, there was the -- the e-mails from
10 residents to be placed on a do not knock list and the
11 forms to be used for the applications.

12     Q      Would you say between three and five hours?

13     A      Between December and January I would say at
14 least seven hours.

15     Q      Between December of 2019 and January of 2020?

16     A      Yes.

17     Q      What about from January through November of
18 2019, how many hours did the village clerk spend on --

19     A      None.

20     Q      How many hours under the new ordinance does
21 it take the village clerk's office to create a solicitor
22 license?

23     A      To create the license?   I'm not sure I
24 understand.

25             To create the application or to generate the

1    low of a fee?

2        A    We recently changed our fees, took the

3    fees out of the code because the entire code --

4    because they were outdated.

5        Q    Up until June of 2019 had anyone come

6    to you and said twenty dollars is too low of a fee

7    for a solicitor's license?

8        A    No.

9        Q    Up until June of 2019 had anyone from the

10   village expressed concern that the village clerk's

11   office was losing money because it was charging too

12   little for a solicitor license?

13       A    No.

14       Q    I want to look now at or talk about the past

15   few years under this ordinance.

16           MR. RYAN:  Which ordinance?

17           MR. COWAN:  The ordinance in this

18       Exhibit 2.

19       Q    In 2019 how much did it cost the village to

20   process and issue a single solicitor license under this

21   ordinance?

22       A    I don't have a figure off the top of my head.

23   I don't know.

24       Q    But it had to have been less than twenty,

25   otherwise you would have been losing money?

1          MR. RYAN:  Object to the form of the
2     question.
3          A     There were no commercial solicitation
4     licenses issued ever since I've been there that
5     I'm aware of.
6          Q     So there's no way to know --
7          A     Correct.
8          Q     -- what the cost would be --
9          A     Correct.
10          Q     -- because no commercial solicitation
11     licenses were issued by the village?
12          A     Correct.
13          Q     There are certain exemptions in the
14     ordinance.
15               Do you recall that?
16          A     No.
17          Q     Certain groups don't have to pay, 'cause I'm
18     looking at Section C of 171-17.
19          A     Yes.
20          Q     Do you know how much it cost the village in
21     2019 to issue a single solicitor license for a member of
22     a recognized village association of war veterans,
23     police, firemen, or religious or charitable
24     organization?
25          A     No license fee shall be charged.

1          You answered.

2      Q     You're the person who would be most

3  knowledgeable about the expenses that the village incurr

4  related to solicitation; isn't that right?

5      A     Yes, I would be.  I suppose I could be the

6  person that would be able to figure out how much, yes.

7      Q     You know what these licenses cost to produce,

8  don't you?

9          MR. RYAN:  Which licenses, Counselor?

10          MR. COWAN:  The licenses that are referred to

11      in this draft amended Local Law at Exhibit 4.

12      A     If asked to give an approximation, then I

13  could.

14      Q     I want to turn with you in this draft law to

15  Section 171-2.

16          Do you see the reference in Section 171-2 to

17  another village?

18      A     Yes.

19      Q     If you look down with me at subsection

20  H, do you see in the last sentence of subsection H

21  that it refers to another village?

22      A     Yes.

23      Q     What village is that?

24      A     Village of Floral Park.

25      Q     Not the Village of East Rockaway;

1          As I stated before, we've never issued any
2    prior -- have not issued one yet since I'm in the
3    village other than the non-for-profit, which just was a
4    letter.
5          Q    Was there a reason why the village never
6    previously gave licenses to for-profit solicitors?
7               MR. RYAN:   Objection.
8               You can answer.
9          A    There were never any requests for it.  We've
10   never received a request for it.
11         Q    Was there a policy against allowing it?
12         A    No, just never received any solicitors
13   requesting it other than the non-for-profits or
14   canvassing.
15         Q    In Section 171-2, the information that's
16   listed here in A through J, is all that information
17   requested on the current application that's been
18   recently developed?
19         A    I believe, I believe we have everything but
20   the vehicles that would be used in solicitation on the
21   application.  I missed that.
22         Q    Is the application still in draft form or can
23   an applicant get it right now?
24         A    They can get it.  We've sent one out to an
25   applicant.  As a result of a complaint, I sent one out

1  to Altice.

2      Q      Who is Altice?

3      A      Cablevision.

4      Q      So they were a company going door to door in

5  the village?

6      A      Correct.

7      Q      As you look through here at Section 171-2, do

8  you see any additional information that's included in

9  the new application that is not present here in the

10  ordinance?

11      A      No.

12      Q      So the village is not requesting any

13  information beyond what is here in the ordinance?

14      A      Correct.

15      Q      Currently if someone wanted to apply for a

16  solicitor license in the village, what would that person

17  have to do?

18      A      They'd have to request an application and

19  they would be sent a cover letter with the application,

20  and then once it's sent back into the village, then it

21  would be reviewed by the board.

22            Then we'd have to go through the procedures,

23  background check and review, and then have to send them

24  either a permit or -- which we haven't even made up the

25  permit yet, because this is brand new, and then -- oh,

Patricia Reuter - February 6, 2020

1    and they would have to show us too whether they're, you
2    know, the corporation or a -- if they're there as the
3    non-for-profit, and then they would get the permit.
4        Q      Will the permit --
5        A      And I'm sorry I'm stuttering a little, it's
6    because we haven't done it yet, so I'm kind of just
7    muddling through.
8        Q      Understood.
9              Thank you for answering my questions, by the
10   way.
11             Do you think that the license itself, the
12   hard copy license, will be available by the fall of this
13   year?
14       A      Yes.  I see no reason why it wouldn't be.
15       Q      I want you to turn with me to subsection J in
16   that same section, and it says here such other
17   information as the board of trustees may require.
18             What do you take that section to mean?
19       A      That the board might require some additional
20   information and we would request it in writing.  After
21   reviewing, if they have any questions regarding what's
22   maybe not clear what goods they're going to be
23   soliciting, et cetera.
24       Q      Anything else?
25       A      I can't think of anything.

1    Q    So the process is that the applicant first

2    submits the application; correct?

3    A    Yes.

4    Q    After that the village clerk's office takes

5    the application to the board of trustees; is that

6    correct?

7    A    Yes.

8    Q    Then the board of trustees reviews the

9    application; is that correct?

10   A    Yes.

11   Q    What would happen then if the board

12   determines that it needs other information as stated

13   here in subsection J?

14   A    I would send something in writing to the

15   applicant requesting that information.

16   Q    Is there any guidance in the ordinance about

17   what types of other information that the board could

18   request?

19        MR. RYAN:  Objection.

20        You could answer.

21   A    I'm not sure.

22   Q    Just looking at subsection J --

23   A    And, I'm sorry, --

24   Q    Go ahead.

25   A    -- the other aspect would be that I would

1    one hundred dollars, at least.  My time, the board's

2    time, the denial letter, those all are costs that we

3    incur.

4            So, no, twenty-five dollars is not the total

5    cost of that.

6    Q    What do you think the total cost is?

7    A    Approximately?

8    Q    Yes.

9    A    Two hundred dollars.

10   Q    Has the village ever licensed a solicitor

11   before?

12   A    No.

13   Q    So what basis --

14   A    I'm using approximate in all my answers

15   because we have not done it.  So we're approximating the

16   costs.  We don't know for sure what the costs are until

17   we have one that we can process fully through the

18   application, and I don't know what the failure to pass

19   and be disapproved is because we haven't done that.

20           I'm approximating, I'm guessing.  I'm not --

21   I don't know for sure because we haven't done it.

22   Q    The two hundred dollar fee is a guess?

23           MR. RYAN:  Object to the form of the

24       question.

25           You can answer.

1    fifty to seventy-five dollars per solicitor to do intake
2    and review of applications?

3        A      Yes.

4        Q      Is it true that the village has not yet
5    drafted its application for solicitor license
6    applicants?

7              MR. RYAN:  Object to the form of the
8        question.

9              You can answer.

10       A      No, we have drafted an application for
11   solicitors.

12       Q      Has it been finalized?

13       A      I sent one out.  I'm not so sure, I may have
14   to amend it though to include the last -- during the --
15   during one of the questions there was a part that was
16   missing and I have to add that now.

17       Q      So the application has been drafted but it
18   might be amended later on?

19       A      Yes.

20       Q      How can the village know that processing an
21   intake of each application will take fifty to
22   seventy-five dollars?

23       A      Someone has to receive the application, stamp
24   it in, pass it onto me.  It has to go on the agenda.  It
25   has to be reviewed by the board, it has to be reviewed

Patricia Renner - February 6, 2020

1   -- our attorney is at the board meetings, so he will
2   also be inputting.
3           Then we have to then review all of the
4   background check, the application itself, what type of
5   business, make sure there's no additional information
6   that we're missing.  So that's all time, and time is
7   money.
8       Q    But all of those tasks are at this point
9   speculative because the village hasn't yet done this;
10  right?
11          MR. RYAN:  Object to the form of the
12      question.
13          You can answer.
14      A    We have not gone past sending the application
15  along with a letter.
16      Q    That was done on one occasion?
17      A    Correct.
18      Q    What evidence or documents does the village
19  have to support its view that intake and review will
20  cost fifty to seventy-five dollars?
21          MR. RYAN:  Object to the form of the
22      question.  Object, the question's been asked
23      and answered.
24          Go ahead.
25      A    Okay.  So someone will have to take in the

Patricia Renner - February 6, 2020

1    application.

2            MR. RYAN:  I think his question was --

3        Q     I'm asking specifically about documents.  I

4    was unclear as well.

5        A     I'm sorry, can you just repeat that?

6        Q     What documents or other evidence does the

7    village have to support its view that intake and review

8    of applications will take fifty to seventy-five dollars

9    per applicant?

10           MR. RYAN:  Same objection as before.

11       A     It's an approximation.  I am not -- it's

12   nothing definitive.  There's no paperwork definitively.

13       Q     I'm looking now at the section of

14   interrogatory number five where it talks about

15   enforcement.

16           Are you with me on that?

17       A     Yeah.

18       Q     It says fifty to seventy-five dollars per

19   solicitor; right?

20       A     Yes.

21       Q     What basis does the village have for its view

22   that each solicitor will impose a fifty to seventy-five

23   dollar enforcement burden on the village?

24           MR. RYAN:  Object to the form of the

25       question.  Object that the question has been

Patricia Renner - February 6, 2020

1     asked and answered.

2           You may answer.

3     A     The enforcement personnel for each

4 application, which we only had one, so it's an

5 approximate, it's not a definitive, and you have to keep

6 -- for every application that we -- well, the one

7 application that we've had so far has been as a result

8 of a complaint from a resident which then generated code

9 enforcement.

10          So I'm not going through the phonebook

11 looking for solicitors.  I'm going based on complaints

12 from residents.  So that generates a code enforcement

13 response.  So that's a salary for the code enforcement

14 person, and Tom Smith, the supervisor of the code

15 enforcement, they're being utilized.

16    Q     So Mr. Smith supervises and then there's a

17 full-time individual; correct?

18          MR. RYAN:  Objection.  Asked and answered.

19          You can answer.

20    A     Yes.

21    Q     And then four part-time, is that also

22 correct?

23    A     Yes.

24    Q     What research did the village do about

25 the cost of enforcement of its solicitation code