UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
APTIVE ENVIRONMENTAL, LLC,

     Plaintiff,

  - *against* –

VILLAGE OF EAST ROCKAWAY,
NEW YORK,

     Defendant.
---------------------------------------------------X

    **NOTICE OF APPEAL**
    CV 19-3365 (SJF)(SIL)

   NOTICE is hereby given that The Incorporated Village of East Rockaway, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the Eastern District of New York entered in this action on the 22nd day of March, 2021.

DATED:  Floral Park, New York
    March 24, 2021

      RYAN, BRENNAN & DONNELLY LLP

    By:_____
      John E. Ryan (JR3935)
      *Attorneys for Defendant*
      Incorporated Village of East Rockaway
      131 Tulip Avenue
      Floral Park, New York  11001
      (516) 328-1100

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 24, 2021, my office served, via the Court's ECF system, and by e-mailing, the foregoing **DEFENDANT'S NOTICE OF APPEAL** on the following:

> Clinton Cowan, Esq.
> LYNN PINKER COX & HURST, LLP
> *Attorneys for Plaintiff*
> 2100 Ross Avenue – Suite 2700
> Dallas, Texas  75201

John E. Ryan
*Attorney for Defendant*